IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

V.M.M., MOTHER OF E.M.M.,
A MINOR CHILD,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D16-819

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

Opinion filed May 18, 2016.

An appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

W. Douglas White, Pensacola, and Valarie Linnen, Atlantic Beach, for Appellant.

Dwight O. Slater, Children's Legal Services, Tallahassee; Robert C. Allen, Pensacola; Susan Barber, Assistant Regional Conflict Counsel, Tallahassee; Kari Crawford, Guardian Ad Litem Program, Pensacola; Kelley Schaeffer, Guardian Ad Litem Program, Sanford; and Andrea Bryant Roberts, Legal Services of North Florida, Pensacola, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., WOLF and WETHERELL, JJ., CONCUR.